UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : AVANDIA MDL 1871<br>: 2007-MD-1871 |
| THIS DOCUMENT APPLIES TO: | |
| *DEBORAH A. BURFORD*, et al.<br>    Plaintiffs,<br>v.<br>*GLAXOSMITHKLINE, PLC, et al.*,<br>    Defendants. | : CASE NO. 07-5360 |

## ORDER

**AND NOW**, on this 11th day of January, 2011, upon review of GlaxoSmithKline LLC's (GSK's) Motions to Exclude the Testimony of Plaintiffs' Proposed Specific Causation Expert Witnesses Nicholas DePace, M.D. [Doc. No. 17] and Judy Melinek, M.D. [Doc. No. 26], Plaintiffs' responses thereto, and GSK's replies, after hearing oral argument on the motions on January 4, 2011, and for the reasons set forth in the attached memorandum Opinion, it is hereby **ORDERED** that:

1. GSK's Motion to Exclude the Testimony of Plaintiffs' Proposed Specific Causation Expert Witnesses Nicholas DePace, M.D. is **DENIED**;

2. GSK's Motion to Exclude the Testimony of Plaintiffs' Proposed Specific Causation Expert Witnesses Judy Melinek, M.D. is **GRANTED** as to her testimony regarding specific causation.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
CYNTHIA M. RUFE, J.